IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARYLAND SHALL ISSUE, et al.** | * | |
| **Plaintiffs,** | * | |
| v. | * | CIVIL NO. JKB-18-1700 |
| **LAWRENCE HOGAN,** *in his official capacity as Governor of Maryland* | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing memorandum, it is hereby ORDERED:

1. Plaintiff Maryland Shall Issue (MSI) lacks standing to pursue relief on its own behalf, and, accordingly, all of the claims brought in its organizational, non-representational capacity (i.e., its "individual" capacity) are DISMISSED.

2. As to all Plaintiffs, Defendant's Motion to Dismiss (ECF No. 9) is GRANTED as to all counts of the Complaint on the following bases:

    - Construed as a motion under Federal Rule of Civil Procedure 12(b)(1), the motion is GRANTED as to Count IV of the Complaint; and

    - Construed as a motion under Federal Rule of Civil Procedure 12(b)(6), the motion is further GRANTED as to all remaining counts of the Complaint (Counts I, II, III, and V).

3. This case is DISMISSED.

4. The Clerk is directed to CLOSE THIS CASE.

DATED this 15th day of November, 2018.

                                            BY THE COURT:

                                            _____/s/_____

                                            James K. Bredar
                                            Chief Judge